01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA, )
) CASE NO. MJ 12-204
09 Plaintiff, ) D/MT CR12-25 FG-SEH
)
10 v. )
) DETENTION ORDER
11 BRENT EUGENE BAILEY, )
)
12 Defendant. )
_____ )
13

14 <u>Offense charged</u>:     Conspiracy to Possess Methamphetamine with Intent to Distribute;

15 Possession with Intent to Distribute Methamphetamine

16 <u>Date of Detention Hearing</u>:    April 20, 2012.

17        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19 that no condition or combination of conditions which defendant can meet will reasonably

20 assure the appearance of defendant as required and the safety of other persons and the

21 community.

22 / / /

DETENTION ORDER
PAGE -1

01 <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02     1.     Defendant has been charged in the District of Montana with the above-listed

03 offenses. He was arrested in this District.

04     2.     Defendant was not interviewed by Pretrial Services. Much of his background

05 information is unknown or unverified. He does not contest entry of a detention order at this

06 time, but wishes to reserve the right to have his detention hearing when he appears in the

07 charging District.

08     3.     There does not appear to be any condition or combination of conditions that will

09 reasonably assure the defendant's appearance at future Court hearings while addressing the

10 danger to other persons or the community.

11 It is therefore ORDERED:

12   1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

13       General for confinement in a correction facility separate, to the extent practicable, from

14       persons awaiting or serving sentences or being held in custody pending appeal;

15   2.  Defendant shall be afforded reasonable opportunity for private consultation with

16       counsel;

17   3.  On order of the United States or on request of an attorney for the Government, the

18       person in charge of the corrections facility in which defendant is confined shall deliver

19       the defendant to a United States Marshal for the purpose of an appearance in connection

20       with a court proceeding; and

21   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

22       for the defendant, to the United States Marshal, and to the United State Pretrial Services

DETENTION ORDER
PAGE -2

01    Officer.

02        DATED this <u>20th</u> day of April, 2012.

03

04                                          _____
                                           Mary Alice Theiler

05                                          United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22


DETENTION ORDER
PAGE -3